**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22282-CMA

JUAN CARLOS GIL,

      Plaintiff,

v.

ROAL LLC and ALBA OCHOA CORPORATION D/B/A ALBAS CAFÉ AND RESTAURANT,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JUAN CARLOS GIL, and Defendant, ROAL LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case in its entirety pending execution of a mutually acceptable Settlement Agreement. The Parties will file a Joint Stipulation for Dismissal dismissing this Action in its entirety with prejudice once the Settlement Agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this November 22, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Adam F. Haimo* |
| ANTHONY J. PEREZ | ADAM F. HAIMO |
| Florida Bar No. 535451 | Florida Bar No. 502731 |
| GARCIA-MENOCAL & PEREZ, P.L. | SMITH, CURRIE & HANCOCK LLP |
| 4937 S.W. 74th Court | 101 N.E. Third Avenue, Suite 1910 |
| Miami, FL 33155 | Fort Lauderdale, Florida 33301 |
| Telephone: (305) 553- 3464 | Telephone: (954) 761-8700 |
| Email:  ajperez@lawgmp.com | Email:  afhaimo@smithcurrie.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Roal LLC* |

## CERTIFICATE OF SERVICE

1

2

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 22, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ

2