**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:22-cv-22282-CMA

JUAN CARLOS GIL,

     Plaintiff,

v.

ROAL LLC and ALBA OCHOA CORPORATION D/B/A ALBAS CAFÉ AND RESTAURANT,

     Defendants.

_____/

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, ROAL LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice as to all Defendants, ROAL LLC and ALBA OCHOA CORPORATION D/B/A ALBAS CAFÉ AND RESTAURANT, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 12, 2022.
.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Adam F. Haimo*
ADAM F. HAIMO
Florida Bar No. 502731
SMITH, CURRIE & HANCOCK LLP
101 N.E. Third Avenue, Suite 1910
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8700
Email:  afhaimo@smithcurrie.com
*Counsel for Defendant Roal LLC*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 12, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com;
dramos@lawgmp.com

By: */s/ Anthony J. Perez*
　　ANTHONY J. PEREZ

2